AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JULIA HAGANS, et al.,

        Plaintiffs,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:23-cv-352

TIMOTHY WARD, et al.,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's July 2, 2025 Order, Plaintiffs' motion for reconsideration is denied, and Plaintiffs' claims against the remaining fictional defendants "Supervisor John and Jane Does" and "Frontline correctional officer John and Jane Does" are dismissed. This case stands closed.

| 7/16/2025 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| |  |
| | (By) Deputy Clerk |

GAS Rev 10/2020