UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| Julia Hagans, mother of Plaintiffs' decedent, ) <br> Rufus Lee, as a surviving parents and ) <br> one of several next of kin, ) <br> ) <br> Julia Hagans, in a representative capacity for the ) <br> now deceased father, and next of kin, ) <br> Solomon Lee, Sr, and his heirs and next of kin, ) <br> the adult siblings of Rufus Lee, namely ) <br> Solomon Lee, Jr., Henry Lee, Quaneisha Tribble ) <br> and Janeisha Page, ) <br> ) <br> Julia Hagans, in a representative capacity as a ) <br> putative personal representative of the estate ) <br> of Rufus Lee, ) <br> ) <br>       Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> Timothy Ward, ) <br> Commissioner, Georgia Department of Corrections, ) <br> individually, as a policy maker and as a supervisor ) <br> acting under color of state law. ) <br> ) <br> Brooks Benton, ) <br> Warden, Coastal State Prison, ) <br> individually, as a policy maker and as a supervisor ) <br> acting under color of state law, ) <br> ) <br> Michael Anderson, ) <br> Deputy Warden, Security, Coastal State Prison, ) <br> individually, as a policy maker and as a supervisor ) <br> acting under color of state law, ) <br> ) <br> Carl Betterson, ) <br> Deputy Warden Care and Treatment ) <br> Coastal State Prison, individually, as a ) <br> policy maker and as a supervisor acting ) <br> under color of state law, ) <br> ) <br> Phillip Glenn, ) <br> Deputy Warden Administration, ) | CIV. ACT. NO. 4:23CV352-RSB <br><br> Notice of Appeal |

| | )
|---|---|
| Coastal State Prison, individually, as a | ) |
| policy maker and as a supervisor acting | ) |
| under color of state law, | ) |
| | ) |
| Supervisor John and Jane Does, whose true | ) |
| names and numbers are unknown, | ) |
| individually, as de facto policy makers | ) |
| and as a supervisor acting under color of state law, | ) |
| | ) |
| Frontline correctional officer John and Jane Does, | ) |
| whose true names and numbers are unknown, | ) |
| individually, as de facto supervisors and | ) |
| policy makers, acting under color of state law, | ) |
| | ) |
| All individually and jointly, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN, that Plaintiffs, Julia Hagans, as next of kin; Julia Hagans, as representative of other next of kin; and Julia Hagans, as a putative personal representative of the Estate of Rufus Lee, the Plaintiffs' decedent, hereby appeals in the above-referenced case, to the U. S. Court of Appeals for the Eleventh Circuit Orders, Docs. 16, 21, 22, 24 and 29, by the U. S. District Court for the Southern District of Georgia, including the Final Order entered July 2, 2025 [Doc. 29] and Judgment entered July 16, 2025. [Doc. 30]

This appeal applies to all of the Defendants named in the caption, to wit:

1. Timothy Ward, Commissioner, Georgia Department of Corrections, individually, as a policy maker and as a supervisor, acting under color of state law;

2. Brooks Benton, Warden, Coastal State Prison, individually, as a policy maker and as a supervisor acting under color of state law;

3. Michael Anderson, Deputy Warden, Security, Coastal State Prison, individually, as a policy maker and as a supervisor acting under color of state law;

2

4. Carl Betterson, Deputy Warden Care and Treatment Coastal State Prison, individually, as a policy maker and as a supervisor acting under color of state law;

5. Phillip Glenn, Deputy Warden Administration, Coastal State Prison, individually, as a policy maker and as a supervisor acting under color of state law;

6. Supervisor John and Jane Does, whose true names and numbers are unknown, individually, as de facto policy makers and as a supervisor acting under color of state law; and,

7. Frontline correctional officer John and Jane Does, whose true names and numbers are unknown, individually, as de facto supervisors and policy makers, acting under color of state law.

Respectfully submitted this 31st day of July, 2025.

/s/ John P. Batson
John P. Batson
Ga. Bar No. 042150
1104 Milledge Road
Augusta, GA 30904
706-737-4040
jpbatson@aol.com
Attorney for Plaintiffs

Prepared by:
John P. Batson
Ga. Bar No. 042150
1104 Milledge Road
Augusta, GA 30904
706-737-4040
jpbatson@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing pleading (Notice of Appeal) with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to any attorneys of record.

>KENNETH D. CROWDER 123985
>Special Assistant Attorney General
>DAVID M. STEWART 142029
>Special Assistant Attorney General
>CROWDER STEWART LLP
>540 James Brown Blvd.
>Post Office Box 160
>Augusta, Georgia 30903
>ken@crowderstewart.com
>david@crowderstewart.com
>
>CHRISTOPHER M. CARR 112505
>Attorney General
>LORETTA L. PINKSTON-POPE 580385
>Deputy Attorney General
>lpinkstonpope@law.ga.gov
>404-458-3551
>LAURA L. LONES 456778
>Senior Assistant Attorney Genera
>Georgia Department of Law
>40 Capitol Square, S.W.
>Office of the Attorney General
>Atlanta, GA 30334-1300
>Telephone: (404) 458-3542
>Attorneys for Defendants

Respectfully submitted this 31st day of July, 2025.

>/s/ John P. Batson
>John P. Batson
>Ga. Bar No. 042150
>1104 Milledge Road
>Augusta, GA 30904
>706-737-4040
>jpbatson@aol.com
>Attorney for Plaintiffs